

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:                01-17-00913-CV

Trial Court Cause
Number:                      2015-77477

Style:                       Refugio Sanchez v Precision Drilling Company, LP

Date motion filed:           September 30, 2019

Type of motion:              Motion for extension of time to file response to motion for rehearing

Party filing motion:         Appellee

Document to be filed:        Response to motion for rehearing


If motion to extend time:

     Original due date:              October 3, 2019

     Number of previous extensions granted:   0

     Date Requested:                 October 24, 2019

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due: **October 24, 2019**

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____


Judge's signature: /s/ Peter Kelly
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of    Justices Lloyd, Kelly, and Hightower

Date: October 3, 2019